■ In the Matter of LOUISE MOSCHIANO, Appellant, v KARL H. WILKINS, Respondent. [748 NYS2d 126] —Appeal from an order of Family Court, Seneca County (Bender, J.), entered April 6, 2001, which dismissed the petition.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court, Seneca County, Bender, J. Present—Pigott, Jr., P.J., Green, Hayes, Kehoe and Gorski, JJ.